**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Lehman Brothers Holdings Inc., <br>     Plaintiff, <br> vs. <br> The Lending Company, <br>     Defendant. | No. CV-12-02027-PCT-PGR <br><br> ORDER |

The parties having filed a Stipulation for Dismissal (Doc. 46) which is sufficient to automatically effectuate the dismissal of this action in its entirety with prejudice pursuant to Fed.R.Civ.P. 41(a)(1)(A)(ii) without the necessity of a court order, Eitel v. McCool, 782 F.2d 1470, 1472-73 and n.4 (9th Cir.1986),

IT IS ORDERED that the Clerk of the Court shall terminate this action.

DATED this 9th day of July, 2013.

Paul G. Rosenblatt
United States District Judge